143 So.2d 620

**Herbert B. CARMACK**

v.

**STATE.**

3 Div. 114.

Court of Appeals of Alabama.

May 8, 1962.

Rehearing Denied June 5, 1962.

Herbert B. Carmack, pro se.

MacDonald Gallion, Atty. Gen., and David W. Clark, Asst. Atty. Gen., for the State.

CATES, Judge.

This is a habeas corpus appeal. See also Ex parte Carmack, ante, p. 426, 133 So.2d 891.

Carmack alleged numerous grounds. However, he made no proof.

The return of the prison warden shows a proper indictment, verdict, judgment and sentence from the Jefferson Circuit Court.

Code 1940, T. 15, § 27, reads in part:

"No court, or judge, on the return of a writ of habeas corpus, has authority to inquire into the regularity or justice of any order, judgment, decree, or process of any court legally constituted, * * *"

The circuit court has jurisdiction of trials of indictments for carnal knowledge of girls thirteen to sixteen years of age (T. 14, § 399). Hence, without proof to show the commitment was void, the judgment of the Montgomery Circuit Court was completely correct and must be here

Affirmed.